## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### EASTERN DIVISION

|  |  |  |
|---|---|---|
| KELSEA D. WIGGINS; and DU'BOIS A. CROCKROM, individually and on behalf of all others similarly situated, | : : : : | |
| Plaintiffs | : : | Case No.  2:19-cv-03485-EAS-KAJ |
| v. | : : : | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| BANK OF AMERICA, N.A.; and BANK OF AMERICA CORPORATION, | : : : | |
| Defendants | : : | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Kelsea D. Wiggins and Du'Bois A. Crockrom hereby dismiss without prejudice all claims against Defendants Bank of America, N.A. and Bank of America Corporation.

Dated:  December 9, 2019

Respectfully submitted,

By: s/  Frank S. Hedin
　　 Frank S. Hedin

**HEDIN HALL LLP**
Frank S. Hedin (*pro hac vice*)
fhedin@hedinhall.com
1395 Brickell Ave, Suite 900
Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801

**AHDOOT & WOLFSON, PC**
Robert Ahdoot (*pro hac vice*)
rahdoot@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: (310) 474-9111
Fax: (310) 474-8585

**O'CONNOR, HASELEY, & WILHELM LLC**
John Haseley
haseley@goconnorlaw.com
34 North Fourth Street, Suite 340
Columbus, Ohio 43215
Tel: (614) 426-8840

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of this electronic filing to all counsel of record.


By: s/  Frank S. Hedin
Frank S. Hedin

*Counsel for Plaintiffs*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE